AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Oregon

| | |
|---|---|
| KEVIN T. SEGURA, dba SHINY VINYL MUSIC,<br><br>*Plaintiff(s)*<br><br>v.<br><br>SOFA ENTERTAINMENT, INC.; and DIRECT HOLDINGS AMERICAS INC., dba STARVISTA LIVE and TIMELIFE,<br><br>*Defendant(s)* | Civil Action No.  3:16-cv-00938-AC |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Sofa Entertainment, Inc.
c/o Greg Vines, agent for service of process
9121 Sunset Boulevard
Los Angeles, California  90069

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:    Elizabeth Tedesco Milesnick
Andrea M. Barton
Miller Nash Graham & Dunn LLP
111 SW Fifth Avenue, Suite 3400
Portland, Oregon  97204

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**MARY L. MORAN, Clerk of Court**

Date:  **05/27/2016**

**By: s/Sutawnee Sellers, Deputy Clerk**

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of Oregon

| | |
|---|---|
| KEVIN T. SEGURA, dba SHINY VINYL MUSIC,<br><br>*Plaintiff(s)*<br>v.<br>SOFA ENTERTAINMENT, INC.; and DIRECT HOLDINGS AMERICAS INC., dba STARVISTA LIVE and TIMELIFE,<br><br>*Defendant(s)* | Civil Action No. 3:16-cv-00938-AC |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Direct Holdings Americas Inc.
c/o Paracorp Incorporated, registered agent
2140 S. Dupont Highway
Camden, Delaware  19934

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Elizabeth Tedesco Milesnick
Andrea M. Barton
Miller Nash Graham & Dunn LLP
111 SW Fifth Avenue, Suite 3400
Portland, Oregon  97204

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**MARY L. MORAN, Clerk of Court**

Date: **05/27/2016**

**By: s/Sutawnee Sellers, Deputy Clerk**